Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT GEORGIOU,<br><br>Defendant. | Docket Number  6:20-po-00020-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal of *United States v. Georgiou 6:20-po-00020-JDP,* violation number 7578171, without prejudice and in the interest of justice.

Dated:  October 28, 2020           /S/ Sean O. Anderson_____
                                   Sean O. Anderson
                                   Legal Officer
                                   Yosemite National Park

//
//
//

1

//
//

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the above-referenced matter, *United States v. Georgiou*, 6:20-po-00020-JDP, violation number 7578171, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   October 30, 2020                                    _____
                                                              UNITED STATES MAGISTRATE JUDGE

2